IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SHARON COLEMAN, | § |
| Plaintiff, | § § § |
| v. | § CIVIL CASE NO. 6:14-CV-00004 |
| UNIVERSITY SYSTEM OF GEORGIA BOARD OF REGENTS, HANK HUCKABY, CHANCELLOR, | § JURY DEMAND § § § |
| Defendant. | § |

## ORDER

Presently pending before the Court is the Plaintiff's Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, this case is hereby **DISMISSED**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** this __ day of February, 2014.

HONORABLE B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA